THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE V. ANNUNZIATA, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Kings County, entered January 24, 1961, after a hearing, which denied his application to vacate a judgment of said court, rendered March 12, 1956 on his plea of guilty, convicting him of robbery in the first degree, unarmed, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER BELLACH, Appellant.— Appeal by defendant Elmer Bellach from a judgment of the County Court, Richmond County, rendered April 10, 1959, after a jury trial, convicting him of burglary in the third degree and petit larceny, and imposing sentence upon him as a second felony offender. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CONOVER, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Queens County, dated June 2, 1961, which denied, without a hearing, his application to vacate a judgment of said court rendered June 29, 1950 upon his plea of guilty, convicting him of robbery in the first degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL T. HARRIS, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, rendered April 8, 1960, after trial, convicting him of assault in the third degree, imposing sentence and suspending its execution. Judgment affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID HORTY, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered March 11, 1957 after a jury trial, convicting him of sodomy in the second degree and endangering the life and health of a child, and imposing sentence upon him as a second felony offender. Judgment affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. JENKINS, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered September 27, 1960, after a jury trial, convicting him of assault in the third degree, assault in the second degree, and carrying a dangerous weapon, as a felony, and imposing sentence upon him as a third felony offender. Judgment affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.